UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN ALEXANDER,

    Plaintiff,

v.                                    Case No. 3:17cv661-LC-CJK

TERRY TERRELL,

    Defendant.
_____/

REPORT AND RECOMMENDATION

On September 25, 2017, the court ordered plaintiff to correct the deficiencies in his *in forma pauperis* application within 30 days by filing: (1) a prisoner consent form signed by an authorized prison official; and (2) a copy of his inmate account statement for the 6-month period preceding the filing of the complaint. (Doc. 5). Plaintiff failed to comply with the order within the allotted time. On October 31, 2017, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 6). Plaintiff subsequently moved for an extension of time; the court gave plaintiff until December 18, 2017, to comply with the September 25 order. (Docs. 8, 9). Because plaintiff again failed to comply, the court issued a second show cause order on December 26, 2017. (Doc. 10). To date, plaintiff has

not corrected the deficiencies in his *in forma pauperis* application or responded to the December 26 show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 12th day of January, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:17cv661-LC-CJK